AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America
v.

GARY SMITH
███████████

*Defendant*

)
)
)
)
)
)

Case: 1:26-cr-00118
Assigned To : Cooper, Christopher R.
Assign. Date : 5/26/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GARY SMITH
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C)  - Unlawful Distribution of Cocaine Base.

Date:  05/26/2026

_____
*Issuing officer's signature*

City and state:    WASHINGTON, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/27/2026 , and the person was arrested on *(date)* 06/24/2026
at *(city and state)* Washington D C .

Date: 06/24/2026

_____
*Arresting officer's signature*

Ka'Ron McBride    DUSM
*Printed name and title*